# ILLINOIS TRAFFIC CRASH REPORT

**INVESTIGATING AGENCY:** ILLINOIS STATE POLICE
**ADDRESS NO:** N/A
**HIGHWAY OR STREET NAME:** NORTHWEST TOLLWAY(I90) EB
**DIRECTION:** East
**NAME OF INTERSECTION OR ROAD FEATURE:** ROSELLE ROAD
**DISTANCE:** 0.5 **UNIT:** Miles
**TYPE OF REPORT:** 1 On-scene
**AGENCY CRASH REPORT NO:** 15-07-05001
**DATE OF CRASH:** 06/17/2007
**TIME OF CRASH:** 10:49 AM
**NO. VEHICLES:** 2
**CITY / TOWNSHIP:** SCHAUMBURG TWP
**COUNTY:** COOK
**TYPE OF CRASH:** B Injury

**BARCODE:** *8853537*

## Unit 1 — Driver

**NAME:** WILLIAMS III DEODIS NONE
**STREET ADDRESS:** 1305 YORK DR
**CITY:** CARPENTERSVILLE  **STATE:** IL  **ZIP:** 60110
**TELEPHONE:** (847) 428-4281
**LICENSE NO:** W452-1696-9296  **STATE:** IL  **CLASS:** D*
**TAKEN TO:** St. Alexis Medical Center
**EMS AGENCY:** Schaumburg
**DATE OF BIRTH:** 10/17/1969
**SEX:** M  **SAFT:** 2  **AIR:** 9
**INJURY:** C  **EJECT:** 1
**MAKE:** Mercury  **MODEL:** Mountaineer  **YEAR:** 2002
**PLATE NO:** GETGOD  **STATE:** IL  **YEAR:** 2008
**VIN:** 4M22U86W92UJ16857
**VEHICLE OWNER:** WILLIAMS, SHIRELLE M
**OWNER ADDRESS:** 1305 YORK DR, CARPENTERSVILLE, IL, 60110
**DAMAGED AREA(S):** NONE / UNDER CARRIAGE / TOTAL / OTHER / UNKNOWN
**POINT OF 1ST CONTACT:** 3
**INSURANCE CO:** None
**TELEPHONE:** (847) 428-4281
**POLICY NO:** N/A
**TOWED:** Y  **FIRE:** N  **HAZMAT SPILL:** N  **COMVEH:** N

## Unit 2 — Driver

**NAME:** SHOWERS, CORRY MICHAEL
**STREET ADDRESS:** 9728 GREEN LAKE TRAIL
**CITY:** CHISAGO CITY  **STATE:** MN  **ZIP:** 55013
**TELEPHONE:** (000) 000-0000
**LICENSE NO:** R436072080015  **STATE:** MN  **CLASS:** A
**DATE OF BIRTH:** 11/11/1978
**SEX:** M  **SAFT:** 2  **AIR:** 9
**INJURY:** O  **EJECT:** 1
**MAKE:** Kenworth Mot  **MODEL:** Truck Tractor  **YEAR:** 2003
**PLATE NO:** PAH237  **STATE:** MN  **YEAR:** 2007
**VIN:** 3WKDDR0X03F387554
**VEHICLE OWNER:** ST. SVICES, LLC, AMERICAN LOGISTICS
**OWNER ADDRESS:** 7900 97TH STREET SOUTH, COTTAGE GROVE, MN, 55016
**DAMAGED AREA(S):** NONE / UNDER CARRIAGE / TOTAL / OTHER / UNKNOWN
**POINT OF 1ST CONTACT:** 8
**INSURANCE CO:** Great West Casualty Company
**TELEPHONE:** (000) 000-0000
**POLICY NO:** CLP978756
**TOWED:** X  **FIRE:** N  **HAZMAT SPILL:** N  **COMVEH:** Y

## Passengers & Witnesses

| UNIT | SEAT | DOB | SEX | SAFT | AIR | INJ | EJECT | LOC | NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 04/04/1971 | F | 2 | 9 | B | 1 | 2 | WILLIAMS SHIRELLE M, 1305 YORK DRIVE, CARPENTERSVILLE, IL, 60110 |
| 2 | X | | | 24 | | | | 1 | |
| 3 | X | | | 11 | | | | 1 | |

## Damaged Property

**PROPERTY OWNER NAME:** WILLIAMS III DEODIS NONE
**PROPERTY OWNER ADDRESS:** NONE
**ARREST NAME:** WILLIAMS III DEODIS NONE
**ARREST NAME:** WILLIAMS III DEODIS NONE
**OFFICER ID:** 3875
**BEAT/DIST:** 15
**SUPERVISOR ID:**

**EMS:** St. Alexis Medical Center
**DATE NOTIFIED:** 06/17/2007
**TIME NOTIFIED:** 10:42 AM
**COURT DATE:** 07/16/2007
**COURT TIME:** 01:30 PM

### Unit 1
**CONTRIBUTORY CAUSE (primary):** 3 Following too closely
**CONTRIBUTORY CAUSE (secondary):** 99 Not applicable
**CITATION NO:** 15-4701706
**SECTION:** Following too closely

### Unit 2
**CITATION NO:** 15-4701707
**SECTION:** Oper of uninsured mtr veh

**EXHIBIT 3**

