2127 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

**08 C 531**

SHIRELLE M. WILLIAMS, )
      PLAINTIFF, )
      vs. )
CORRY MICHAEL SHOWERS and )
AMERICAN LOGISTICS SERVICES, LLC. )
      DEFENDENTS. )

**JUDGE ZAGEL
MAGISTRATE JUDGE MASON**

## AFFIDAVIT OF INVESTIGATOR

1. I, Lesley Betts, am an adult over the age of twenty-one (21) years of age would Testify to the following as true and accurate.

2. I have conducted a background investigation and confirmed that Plaintiff SHIRELLE M. WILLIAMS is currently residing at 1853 Linden Ave, Hanover Park, IL

3. She works in Illinois at the United States Postal Service as a Post Master in Several Chicago land area offices, based upon all known information developed as of January 17, 2008.

4. I certify to the above and in accordance with 1-109 of the Code of Civil Procedure of Illinois. I swear to the above as true and accurate under the penalty of perjury.

_Lesley Betts_
Lesley Betts

Date January 18, 2008

EXHIBIT C

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____        _January 18, 2008_____
Lesley Betts                                             Date