2127 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 531**

SHIRELLE M. WILLIAMS, )
)
    Plaintiff, )
)
vs. ) Case No.
)
CORRY MICHAEL SHOWERS and )
AMERICAN LOGISTICS SERVICES, LLC, )
)
    Defendants. )

**JUDGE ZAGEL**
**MAGISTRATE JUDGE MASON**

## AFFIDAVIT OF AMERICAN LOGISTICS SERVICES, LLC

1. My name is Chad Johnson. I am an adult over the age of twenty-one (21). If I were in Court, I would testify to the above as true and accurate.

2. AMERICAN LOGISTICS SERVICES, LLC is located at 7900 97th South, Cottage Grove, Minnesota 55016.

3. AMERICAN LOGISTICS SERVICES, LLC is incorporated in the State of Minnesota.

4. It has its principal place of business in the State of Minnesota at 7900 97th South, Cottage Grove, Minnesota 55016.

5. It does not own any property in the State of Illinois.

6. It is a corporate citizen of and domiciled as a corporation in the State of Minnesota. It is not domiciled in the State of Illinois.

_____
Chad Johnson, Transportation Manager of
AMERICAN LOGISTICS SERVICES, LLC

**EXHIBIT D**

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

I am an authorized representative of AMERICAN LOGISTICS SERVICES, LLC for purposes of execution of this Verification.

_____
Chad Johnson, Transportation Manager of
AMERICAN LOGISTICS SERVICES, LLC

2