**08 C 531**

2127 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHIRELLE M. WILLIAMS, )
)
      Plaintiff, )
)
vs. )    Case No.
)
CORRY MICHAEL SHOWERS and )
AMERICAN LOGISTICS SERVICES, LLC, )
)
      Defendants. )

### AFFIDAVIT OF SHIMON B. KAHAN

I, Shimon B. Kahan, would testify to the below as true and accurate:

1.    I am an adult over the age of twenty (21) years of age.

2.    If I were in Court in person, I would testify to the following as true and accurate.

3.    I am a partner with the law firm of Haynes, Studnicka, Kahan, O'Neill & Miller, LLC.

4.    Haynes, Studnicka, Kahan, O'Neill & Miller, LLC are the attorneys for the Defendants in the above-captioned case.

5.    Based on information and belief, Defendant CORRY MICHAEL SHOWERS is currently domiciled at 9728 Green Lake Trial, Chisago City, Minnesota.

6.    Based on information and belief, Defendant CORRY MICHAEL SHOWERS is a citizen of the State of Minnesota.

7.    Based on information and belief, Defendant CORRY MICHAEL SHOWERS was at the time of this accident on June 17, 2007, and at the current time, domiciled in and a citizen of the State of Minnesota.



EXHIBIT

E

tabbies

8.    Based on information and belief, Defendant CORRY MICHAEL SHOWERS is not a citizen of or domiciled within the State of Illinois.

_____
Shimon B. Kahan, Attorney for Defendants

## **VERIFICATION**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Shimon B. Kahan, Attorney for Defendants