01/03/2008 10:32 FAX 6123051414          MACKALL CROUSE&MOORE PLC                    ☑003



**08 C 531**

**JUDGE ZAGEL**
**MAGISTRATE JUDGE MASON**

CORPORATION SERVICE COMPANY*

## Notice of Service of Process

AL2 / ALL
Transmittal Number: 5518759
Date Processed: 01/02/2008

| | |
|---|---|
| Primary Contact: | William O'Brien<br>Mackall, Crounse & Moore, PLC<br>AT&T Tower<br>Suite 1400 901 Marquette Avenue<br>Minneapolis, MN 55402-2859 |
| Entity: | American Logistics Services, LLC<br>Entity ID Number 2492705 |
| Entity Served: | American Logistics Services, LLC |
| Title of Action: | Shirelle M. Williams vs. Corry Michael Showers |
| Document(s) Type: | Summons and Amended Complaint |
| Nature of Action: | Personal Injury |
| Court: | Cook Circuit Court, Illinois |
| Case Number: | 07L013320 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 01/02/2008 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | Mark T. Solmor<br>312-236-4590 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com



EXHIBIT

F