**08 C 531**

Printed: 07/18/07 1136

St. Alexius Medical Center
1555 Barrington Road
Hoffman Estates, IL 60169

Page: 1

Pathology and Laboratory Services
Ven Aduana M.D. Medical Director
CLIA# 1400417228    CAP# 18568-01

Pulmonary Services
Prakish Amin M.D. Medical Director
CLIA# 14DO900224    CAP# 18568-02

## LABORATORY SUMMARY REPORT

Name: WILLIAMS,SHIRELLE
Acct#: F00022190201
DOB: 04/04/71    Sex: F
Loc: F.ER
Admit: 06/17/07

Unit#: F000407413
Age: 36
Room:
Status: DEP ER

Attend:
Primary:
Submitting: GALLE,MICHAEL D DO
Other: UNKNOWN
CC:

##### ***** HEMATOLOGY *****

| Date | Time | WBC (4.5-11.0) K/mm3 | RBC (3.90-5.20) M/uL | HGB (11.2-15.0) g/dL | HCT (32.8-44.7) % | MCV (80.5-96.2) fL |
|---|---|---|---|---|---|---|
| 6/17/07 | 1140 | 7.7 | 4.21 | 13.3 | 36.9 | 87.6 |

| Date | Time | MCH (27.7-33.1) pg | MCHC (33.0-36.1) g/dL | RDW (11.0-15.9) % | PLATELET (125-400) K/mm3 | MPV (9.3-12.0) fL |
|---|---|---|---|---|---|---|
| 6/17/07 | 1140 | 31.6 | 36.0 | 12.1 | 268 | 11.1 |

##### ***** COAGULATION *****

| Date | Time | ProTime (9.2-11.8) SECONDS | INR (0.87-1.14) | PTT (23.6-32.9) SECONDS |
|---|---|---|---|---|
| 6/17/07 | 1255 | 11.0 | 1.05(a) | 26.7(b) |

NOTES:  (a)   INR Therapeutic Range :
                    Normal Intensity : 2.0 - 3.0
                    High Intensity   : 2.5 - 3.5
          (b)   HEPARIN THERAPEUTIC RANGE: 55.0 - 88.0 SECONDS

L=Low, LL=Critical Low, H=High, HH=Critical High, D=Delta, A=Abnormal

WILLIAMS,SHIRELLE

Acct# F00022190201        LOC: F.ER -

** CONTINUED ON NEXT PAGE **

EXHIBIT

G

Printed: 07/18/07 1136

**St. Alexius Medical Center**
1555 Barrington Road
Hoffman Estates, IL 60169

Page: 2

Pathology and Laboratory Services
Ven Aduana M.D. Medical Director
CLIA# 1400417228    CAP# 18568-01

Pulmonary Services
Prakish Amin M.D. Medical Director
CLIA# 14DO900224    CAP# 18568-01

# LABORATORY SUMMARY REPORT

Name : WILLIAMS,SHIRELLE
Acct#: F00022190201          Unit#: F000407413          DOB: 04/04/71          Sex: F
Location: F.ER

**** CHEMISTRY ****

| Date | Time | SODIUM (136-145) mmol/L | POTASSIUM (3.5-5.1) mmol/L | CHLORIDE (98-107) mmol/L | CO2 (21-32) mmol/L | ANION GAP (5-16) mmol/L |
|---|---|---|---|---|---|---|
| 6/17/07 | 1255 | 137 | 3.8 | 105 | 22 | 10 |

| Date | Time | GLUCOSE (70-99) mg/dL | BUN (7-18) mg/dL | CREATININE (0.6-1.0) mg/dL | BUN/CREA RATIO (7-23) | EGFR |
|---|---|---|---|---|---|---|
| 6/17/07 | 1255 | 85 (c) | 11 | 0.7 | 16 | > 60 (d) |

| Date | Time | CALCIUM (8.5-10.1) mg/dL | PROTEIN TOT (6.4-8.2) g/dL | ALBUMIN (3.4-5.0) g/dL | GLOBULIN (1.4-4.8) g/dL | A/G RATIO (1.0-1.9) g/dL |
|---|---|---|---|---|---|---|
| 6/17/07 | 1255 | 8.4  L | 6.6 | 3.8 | 2.8 | 1.4 |

| Date | Time | AST (SGOT) (15-37) U/L | ALT (SGPT) (30-65) U/L | ALKP TOTAL (50-136) U/L | BILI TOTAL (<1.0) mg/dL |
|---|---|---|---|---|---|
| 6/17/07 | 1255 | 17 | 29  L | 88 | 0.3 |

### BLOOD BANK

COLLECTED: Jun 17, 2007 12:55pm

| BLOOD TYPE | O POS | |
|---|---|---|
| ANTIBODY SCREEN | NEGATIVE | 06/17/07 1413 |
| | | 06/17/07 1435 |

NOTES:  (c)   Impaired 100 - 125
             Diabetic >125
        (d)   Reference Range:  >60 mL/min/1.73 squared
             If patient is African-American, multiply reported result by
             1.21.

L-Low, LL-Critical Low, H-High, HH-Critical High, D-Delta, A-Abnormal

WILLIAMS,SHIRELLE

Acct# F00022190201          Loc: F.ER

** CONTINUED ON NEXT PAGE **

Printed: 07/18/07 1136

**St. Alexius Medical Center**
1555 Barrington Road
Hoffman Estates, IL 60169

Page: 3

Pathology and Laboratory Services
Ven Aduana M.D. Medical Director
CLIA# 1400417228    CAP# 18568-01

Pulmonary Services
Prakish Amin M.D. Medical Director
CLIA# 14DO900224    CAP# 18568-02

## LABORATORY SUMMARY REPORT

Name : WILLIAMS,SHIRELLE
Acct#: F00022190201        Unit#: F000407413        DOB: 04/04/71        Sex: F
Location: F.ER

### Cancelled Specimens

0617:UA00053S    CAN, Coll: 06/17/07-1134 Recd: - (R#00843234) EMERGENCY, DEPT
    Ordered: UA W/REFLX
    Comment: PATIENT DEP
0617:BB00043R    CAN, Coll: 06/17/07-1140 Recd: 06/17/07-1207 (R#00843236) EMERGENCY, DEPT
    Ordered: TS
    Comment: HEMOLYZED
0617:CG00147S    CAN, Coll: 06/17/07-1140 Recd: 06/17/07-1207 (R#00843234) EMERGENCY, DEPT
    Ordered: PT, PTT
    Comment: HEMOLYSED - NOTIFIED CINDY FPR REDRAW
0617:C00443S    CAN, Coll: 06/17/07-1140 Recd: 06/17/07-1207 (R#00843234) EMERGENCY, DEPT
    Ordered: CMP
    Comment: CX HEMOLYZED

L=Low, LL=Critical Low, H=High, HH=Critical High, D=Delta, A=Abnormal

WILLIAMS,SHIRELLE

Acct# F00022190201        Loc: F.ER -

** END OF REPORT **

| ST. ALEXIUS | ST. ALEXIUS | 3a PAT CNTL # | F00022190201 | |
|---|---|---|---|---|
| 1555 BARRINGTON RD | 21219 NETWORK PLACE | b MED REC # | F000407413 | 0131 |
| HOFFMAN ESTA IL 60169 | CHICAGO, IL 60673- | 5 FED TAX-NO | 8 STATEMENT COVERS PERIOD FROM THROUGH | 7 |
| 8478432000 | | 36-4251846 | 061707 061707 | BC OP 1 |

| 8 PATIENT NAME | 9 PATIENT ADDRESS | b 1305 YORK DR | | |
|---|---|---|---|---|
| b WILLIAMS,SHIRELLE | b CARPENTERSVILLE | c IL d 601103124 e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | CONDITION CODES 21 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04041971 | F | 061707 | 12 | 1 | 7 | 17 | 01 | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| 01 061707 | A1 101769 | | | | | |

| 38 | | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|---|
| BLUE CROSS PPO ERO 25 | COX0032 112 113 | a 80 0 | 81 0 | |
| PO BOX 805107 | | b | | |
| CHICAGO, IL 60680-4112 | | c | | |
| | | d | | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0250 | PHARMACY GENERAL | | 061707 | 5 | 42200 | | |
| 0258 | PHARMACY IV SOLUTIONS | | 061707 | 2 | 16200 | | |
| 0270 | MED SURG SUPPLIES | | 061707 | 3 | 42200 | | |
| 0300 | ROUTINE VENIPUNCTURE | 36415 | 061707 | 1 | 2100 | | |
| 0301 | COMPREHENSIVE METABOLIC | 80053 | 061707 | 1 | 22000 | | |
| 0302 | ANTIBODY SCREEN | 86850 | 061707 | 1 | 9100 | | |
| 0302 | BLOOD TYPING ABO | 86900 | 061707 | 1 | 9400 | | |
| 0302 | BLOOD TYPING RH | 86901 | 061707 | 1 | 3600 | | |
| 0305 | CBC NO DIFF | 85027 | 061707 | 1 | 10900 | | |
| 0305 | PROTHROMBIN TIME | 85610 | 061707 | 1 | 8800 | | |
| 0305 | APTT | 85730 | 061707 | 1 | 11100 | | |
| 0320 | ELBOW 3 + VIEWS LT | 73080RT | 061707 | 2 | 65200 | | |
| 0320 | XR FOOT 3 + VIEWS RT | 73630RT | 061707 | 1 | 32300 | | |
| 0324 | CHEST 1 VIEW | 71010 | 061707 | 1 | 30900 | | |
| 0450 | REPAIR SIMPLE WOUNDS | 12002 | 061707 | 1 | 32000 | | |
| 0450 | ADMINISTRATION TOXOID/VA | 90471 | 061707 | 1 | 3600 | | |
| 0450 | IV INF 1ST HR HYDRA | 90760 | 061707 | 1 | 25900 | | |
| 0450 | IV INF ADD HR HYDRA | 90761 | 061707 | 1 | 9600 | | |
| 0450 | IV INF 1ST HR THERAP/DX | 90765 | 061707 | 1 | 15300 | | |
| 0450 | IV INJ OF MED IVP-SGL/IN | 90774 | 061707 | 1 | 11600 | | |
| 0450 | PULSE OX SING DETERM | 94760 | 061707 | 1 | 5400 | | |
| 0450 | ER LEVEL IV | 9928425 | 061707 | 1 | 60700 | | |
| 0001 | PAGE 1 OF 1. | CREATION DATE | 071807 | TOTALS | 470100 | 0 | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST AMOUNT DUE | 56 NPI | 1376644385 |
|---|---|---|---|---|---|---|---|
| BLUE CROSS PPO | | Y | Y | 470100 | 470100 | 57 OTHER PRV ID | 398 |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO |
|---|---|---|---|---|
| WILLIAMS 111,DEODIS | 01 | R57877346 | UNITED STATES | FEP00 |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| | M | |

| 66 DX | B8101 | 92421 | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|
| 9 | | | | | | | | |

| 69 ADMIT DX | 9593 | 70 PATIENT REASON DX | | | 71 PPS | 72 ECI | 73 |
|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a OTHER PROCEDURE CODE DATE | b OTHER PROCEDURE CODE DATE | | 75 | 76 ATTENDING NPI | QUAL 1GG62600 |
|---|---|---|---|---|---|---|
| 8659 061707 | | | | | LAST GALLE | FIRST MICHAEL |
| c OTHER PROCEDURE CODE DATE | d OTHER PROCEDURE CODE DATE | e OTHER PROCEDURE CODE DATE | | | 77 OPERATING NPI | QUAL G62600 |
| | | | | | LAST GALLE | FIRST MICHAEL |

| 80 REMARKS | 81CC a | | 78 OTHER NPI | QUAL |
|---|---|---|---|---|
| | b | | LAST | FIRST |
| | c | | 79 OTHER NPI | QUAL |
| | d | | LAST | FIRST |

ST. ALEXIUS MEDICAL CENTER
1555 BARRINGTON ROAD
HOFFMAN ESTATES, IL 60194
847-843-4040

| AMOUNT ENCLOSED | | 1 |
| --- | --- | --- |
| $ | | TYPE |
| | | FINAL |

| PATIENT NAME | PATIENT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
| --- | --- | --- | --- | --- |
| WILLIAMS,SHIRELLE | F00022190201 | 06/17/07 | 06/17/07 | 07/06/0 |
| GUARANTOR | INSURANCE COVERAGE | | | |
| WILLIAMS,DEODIS<br>1305 YORK DR<br>CARPENTERSVILLE  IL   60110 | BLUE CROSS PPO      R57877346 | | | |

| SERVICE DATE | | DESCRIPTION | QTY | AMOUNT |
| --- | --- | --- | --- | --- |
| 06/17/07 | 760000002 | ADMINISTRATION TOXOID/VACC | 1 | 36.00 |
| 06/17/07 | 760000037 | ER LEVEL V | 1 | 821.00 |
| 06/17/07 | 760000010 | IV INF 1ST HR HYDRA | 1 | 259.00 |
| 06/17/07 | 760000024 | IV INF ADD HR HYDRA | 1 | 96.00 |
| 06/17/07 | 760000023 | IV INF 1ST HR THERAP/DX | 1 | 153.00 |
| 06/17/07 | 760004063 | 1000 ML IV FLUID | 1 | 122.00 |
| 06/17/07 | 760004066 | 100 ML IV FLUID | 1 | 86.00 |
| 06/17/07 | 760004066 | 100 ML IV FLUID | 1 | 86.00 |
| 06/17/07 | 760000058 | REPAIR INTERMEDIATE WOUNDS | 1 | 481.00 |
| 06/17/07 | 760000055 | REPAIR WOUNDS >30CM LONG | 1 | 1553.00 |
| 06/17/07 | 760004070 | 1000 ML NS IRRIGATION | 1 | 185.00 |
| 06/17/07 | 760000049 | EXPLOR TRAUMA PENETRATNG WOUND | 1 | 257.00 |
| 06/17/07 | 760000049 | EXPLOR TRAUMA PENETRATNG WOUND | 1 | 257.00 |
| 06/17/07 | 760000061 | REMOVAL FB SIMPLE | 1 | 323.00 |
| 06/17/07 | 760000061 | REMOVAL FB SIMPLE | 1 | 323.00 |
| 06/17/07 | 721500112 | ELBOW 3 + VIEWS LT | 1 | 326.00 |
| 06/17/07 | 721500173 | XR FOOT 3 + VIEWS RT | 1 | 323.00 |
| 06/17/07 | 721500061 | CHEST 1 VIEW | 1 | 309.00 |
| 06/17/07 | 721500112 | ELBOW 3 + VIEWS LT | 1 | 326.00 |
| 06/17/07 | 700003913 | COLLAR CERV LAERDAL STIFFNECKS | 1 | 207.00 |
| 06/17/07 | 730000006 | 0.9% NACL 100ML | 2 | 162.00 |
| 06/17/07 | 730000570 | CEFAZOLIN VL 1G | 2 | 284.00 |
| 06/17/07 | 730001056 | DIP/TET ADLT INJ 0.5ML | 1 | 49.00 |
| 06/17/07 | 730002400 | MORPHINE INJ 10MG 1ML | 1 | 36.00 |
| 06/17/07 | 730002421 | MORPHINE SYRINGE 10MG/10ML | 1 | 53.00 |
| 06/17/07 | 708000020 | CBC NO DIFF | 1 | 109.0 |
| 06/17/07 | 705000001 | ROUTINE VENIPUNCTURE | 1 | 21.0 |
| 06/17/07 | 705500004 | COMPREHENSIVE METABOLIC PANEL | 1 | 220.0 |
| 06/17/07 | 708000046 | PROTHROMBIN TIME | 1 | 88.0 |
| 06/17/07 | 708000054 | APTT | 1 | 111.0 |
| 06/17/07 | 709500015 | BLOOD TYPING ABO | 1 | 94.0 |
| 06/17/07 | 709500016 | BLOOD TYPING RH | 1 | 36.0 |
| 06/17/07 | 709500007 | ANTIBODY SCREEN | 1 | 91.0 |
| 06/17/07 | 760000002 | ADMINISTRATION TOXOID/VACC | -1 | -36.0 |
| 06/17/07 | 760000037 | ER LEVEL V | -1 | -821.0 |
| 06/17/07 | 760000010 | IV INF 1ST HR HYDRA | -1 | -259.0 |
| 06/17/07 | 760000024 | IV INF ADD HR HYDRA | -1 | -96.0 |
| 06/17/07 | 760000023 | IV INF 1ST HR THERAP/DX | -1 | -153.0 |
| 06/17/07 | 760004063 | 1000 ML IV FLUID | -1 | -122.0 |

F00022190201

Remit Payment to above address.    ACCOUNT NUMBER

TOTAL
TOTAL CREDITS
TOTAL DUE
ESTIMATED INSURANCE COVERAGE

ST. ALEXIUS MEDICAL CENTER
1555 BARRINGTON ROAD
HOFFMAN ESTATES, IL 60194
847-843-4040

2

| AMOUNT ENCLOSED | TYPE |
|---|---|
| $ | FINAL |

PATIENT NAME:
WILLIAMS, SHIRELLE

GUARANTOR
WILLIAMS, DEODIS
1305 YORK DR
CARPENTERSVILLE   IL   60110

| NT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
|---|---|---|---|
| F00022190201 | 06/17/07 | 06/17/07 | 07/06/0 |

INSURANCE COVERAGE
BLUE CROSS PPO          R57877346

| SERVICE DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| 06/17/07 | 760004066   100 ML IV FLUID | -1 | -86.00 |
| 06/17/07 | 760004066   100 ML IV FLUID | -1 | -86.00 |
| 06/17/07 | 760000058   REPAIR INTERMEDIATE WOUNDS | -1 | -481.00 |
| 06/17/07 | 760000055   REPAIR WOUNDS >30CM LONG | -1 | -1553.00 |
| 06/17/07 | 760004070   1000 ML NS IRRIGATION | -1 | -185.00 |
| 06/17/07 | 760000049   EXPLOR TRAUMA PENETRATNG WOUND | -1 | -257.00 |
| 06/17/07 | 760000049   EXPLOR TRAUMA PENETRATNG WOUND | -1 | -257.00 |
| 06/17/07 | 760000061   REMOVAL FB SIMPLE | -1 | -323.00 |
| 06/17/07 | 760000061   REMOVAL FB SIMPLE | -1 | -323.00 |
| 06/17/07 | 760000002   ADMINISTRATION TOXOID/VACC | 1 | 36.00 |
| 06/17/07 | 760000021   PULSE OX SING DETERM | 1 | 54.00 |
| 06/17/07 | 760000036   ER LEVEL IV | 1 | 607.00 |
| 06/17/07 | 760000003   IV INJ OF MED IVP-SGL/INITL | 1 | 116.00 |
| 06/17/07 | 760000010   IV INF 1ST HR HYDRA | 1 | 259.00 |
| 06/17/07 | 760000024   IV INF ADD HR HYDRA | 1 | 96.00 |
| 06/17/07 | 760000023   IV INF 1ST HR THERAP/DX | 1 | 153.00 |
| 06/17/07 | 760004063   1000 ML IV FLUID | 1 | 122.00 |
| 06/17/07 | 760000057   REPAIR SIMPLE WOUNDS | 1 | 320.00 |
| 06/17/07 | 760004060   250 ML NS IRRIGATION | 1 | 93.00 |
| 07/09/07 | PEBCPPO     PMT EP VOUCHER BCPPO | 1 | -4701.00 |

*** SUMMARY BY SERVICE ***

| | | | |
|---|---|---|---|
| | 250 PHARMACY GENERAL | 5 | 422.0 |
| | 258 PHARMACY IV SOLUTIONS | 2 | 162.0 |
| | 270 M/S SUPPLY GENERAL | 3 | 422.0 |
| | 300 LABORATORY GENERAL | 1 | 21.0 |
| | 301 LABORATORY CHEMISTRY | 1 | 220.0 |
| | 302 LABORATORY IMMUNOLOGY | 3 | 221.0 |
| | 305 LAB HEMATOLOGY | 3 | 308.0 |
| | 320 RADIOLOGY DIAG GENERAL | 3 | 975.0 |
| | 324 RADIOLOGY DIAG CHEST XRAY | 1 | 309.0 |
| | 450 EMERGENCY ROOM GENERAL | 8 | 1641.0 |
| | RECEIPTS, ADJUSTMENTS, ETC. | 1 | -4701.0 |

Remit Payment to above address.          ACCOUNT NUMBER          F00022190201

| | |
|---|---|
| TOTAL | 4701.0 |
| TOTAL CREDITS | -4701.0 |
| TOTAL DUE | 0.0 |
| ESTIMATED INSURANCE COVERAGE | 0.0 |
| ESTIMATED PATIENT DUE | |

ST. ALEXIUS
1555 BARRINGTON RD
HOFFMAN ESTA IL 60169
8478432000

ST. ALEXIUS
21219 NETWORK PLACE
CHICAGO, IL 60673-

3a PAT CNTL # F00022209589
b. MED REC # F000407413    0111

5 FED TAX NO 36-4251846    6 STATEMENT COVERS PERIOD FROM 062007 THROUGH 062507    COM IP 2

| 8 PATIENT NAME | | 9 PATIENT ADDRESS | 1305 YORK DR | | | | | |
|---|---|---|---|---|---|---|---|---|
| WILLIAMS,SHIRELLE | | CARPENTERSVILLE | | | | IL | 601103124 | |

| 10 BIRTHDATE | 11 SEX | 12 DATE | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT | 30 STATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04041971 | F | 062007 | 12 | 3 | 1 | 15 | 06 | | | | | | | | | | | | | |

| 31 OCCURRENCE CODE | DATE | 32 OCCURRENCE CODE | DATE | 33 OCCURRENCE CODE | DATE | 34 OCCURRENCE CODE | DATE | 35 CODE | OCCURRENCE SPAN FROM | THROUGH | 36 CODE | OCCURRENCE SPAN FROM | THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 062007 | A1 | 040471 | B1 | 040471 | | | | | | | | | |

| 38 | | | 39 CODE | VALUE CODES AMOUNT | | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| FRIEDMAN & SOLMOR, LTD | | | a | 01 | 9300080 | | 5 | 81 | 0 |
| 200 N LaSALLE ST #2750 | | | b | | | | | | |
| CHICAGO, IL 60601 | | | c | | | | | | |
| | | | d | | | | | | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0120 | ROOM BOARD SEMI PRIVATE | 97500 | | 5 | 487500 | | |
| 0250 | PHARMACY GENERAL | | | 89 | 295500 | | |
| 0258 | PHARMACY IV SOLUTIONS | | | 10 | 51500 | | |
| 0259 | PHARMACY OTHER | | | 1 | 43300 | | |
| 0270 | MED SURG SUPPLIES | | | 7 | 125400 | | |
| 0272 | MED/SRG STERILE SUPPLY | | | 9 | 104800 | | |
| 0300 | LABORATORY GENERAL | | | 7 | 14700 | | |
| 0301 | LABORATORY CHEMISTRY | | | 11 | 202000 | | |
| 0305 | LABORATORY HEMATOLOGY | | | 7 | 83100 | | |
| 0306 | LAB BACTERIOLOGY | | | 8 | 129100 | | |
| 0324 | DIAG RAD XRAY/CHEST | | | 2 | 61800 | | |
| 0352 | CT SCAN/BODY | | | 2 | 513100 | | |
| 0360 | OR SVCS GENERAL | | | 1 | 690900 | | |
| 0370 | ANESTHESIA GENERAL | | | 64 | 185700 | | |
| 0410 | RESPIRATORY THERAPY | | | 4 | 57900 | | |
| 0420 | PT GENERAL | | | 9 | 108800 | | |
| 0460 | PULMONARY FUNCTION GEN | | | 3 | 41400 | | |
| 0610 | MRI GENERAL | | | 2 | 901600 | | |
| 0636 | RX REQ DETAILED CODING | | | 214 | 269300 | | |
| 0710 | RECOVERY ROOM GENERAL | | | 5 | 149900 | | |
| 0730 | EKG/ECG GENERAL | | | 1 | 26300 | | |
| 0761 | TREAT/OBSERV RM- TRTMNT | | | 1 | 152800 | | |

PAGE   1  OF   2        CREATION DATE   071807   TOTALS

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST AMOUNT DUE | 56 NPI | 1376644385 |
|---|---|---|---|---|---|---|---|
| BLUE CROSS PPO | | Y | | 0 | 4826200 | 57 OTHER | 398 |
| FRIEDMAN & SOLMOR, LTD | | Y | | 0 | 0 | PRV ID | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO |
|---|---|---|---|---|
| WILLIAMS III ,DEODIS | 18 | R57877346 | FEDERAL EMPLOY | FEP00 |
| WILLIAMS III ,DEODIS | 18 | 16318-999 | MVA | D/A 6/17/07 |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| 07172-AAZX | F | UNITED STATES POSTAL S\ |
| | F | US POSTAL SERVICE |

| 66 DX | 72633 | Y | 88121 | Y | 04185 | Y | 49390 | Y | 78901 | Y | 78902 | Y | 72885 | Y | 56400 | Y | 78702 | N | 68 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 978659 | N | | | | | | | | | | | | | | | | | |

| 69 ADMIT DX | 71100 | 70 PATIENT REASON DX | | | | 71 PPS CODE | 0227 | 72 ECI | E9352 | N | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE | DATE | OTHER PROCEDURE CODE | DATE | 75 | OTHER PROCEDURE CODE | DATE | 76 ATTENDING | NPI | | QUAL | 1GG81617 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 835 | 062107 | B339 | 062107 | | | | LAST RAHIM | | FIRST AMINA | | |
| | | OTHER PROCEDURE CODE | DATE | | | | 77 OPERATING | NPI | | QUAL | H65037 |
| | | | | | | | LAST PATARI | | FIRST SANJAY | | |

| 80 REMARKS | | 81 CC | | | 78 OTHER | NPI | | QUAL | |
|---|---|---|---|---|---|---|---|---|---|
| | | a | | | LAST | | FIRST | | |
| | | b | | | 79 OTHER | NPI | | QUAL | |
| | | c | | | LAST | | FIRST | | |
| | | d | | | | | | | |

THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART

| ST. ALEXIUS | ST. ALEXIUS | 2 PAT. CNTL # F00022209589 | | | | 0111 |
|---|---|---|---|---|---|---|
| 1555 BARRINGTON RD | 21219 NETWORK PLACE | 3 MED. REC # F000407413 | | | | |
| HOFFMAN ESTA IL 60169 | CHICAGO, IL 60673- | 5 FED TAX NO | 6 STATEMENT COVERS PERIOD | | COM IP 2 | |
| 8478432000 | | 36-4251846 | FROM 062007 | THROUGH 062507 | | |

| 8 PATIENT NAME | | 9 PATIENT ADDRESS | 1305 YORK DR | | | | IL | 601103124 | |
|---|---|---|---|---|---|---|---|---|---|
| b WILLIAMS,SHIRELLE | | c CARPENTERSVILLE | | | | | d IL | e 601103124 | |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT | 30 STATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04041971 | F | 062007 | 12 | 3 | 1 | 15 | 06 | | | | | | | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 CODE | OCCURRENCE SPAN FROM THROUGH | 36 CODE | OCCURRENCE SPAN FROM THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|
| 11 062007 | A1 040471 | B1 040471 | | | | | | |

| 38 | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|
| FRIEDMAN & SOLMOR, LTD | a | 01 | 930008 | 80 | 5 | 81 | 0 |
| 200 N LaSALLE ST #2750 | b | | | | | | |
| CHICAGO, IL 60601 | c | | | | | | |
| | d | | | | | | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0921 | PERIPHERAL VASCULAR LAB | | | 1 | 129800 | | |
| 0001 | PAGE 2 OF 2 | CREATION DATE 071807 | TOTALS | | 4826200 | 0 | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST AMOUNT DUE | 56 NPI | 1376644385 |
|---|---|---|---|---|---|---|---|
| BLUE CROSS PPO | | Y | Y | 0 | 4826200 | 57 OTHER PRV ID | 398 |
| FRIEDMAN & SOLMOR, LTD | | | | 0 | 0 | | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO |
|---|---|---|---|---|
| WILLIAMS III ,DEODIS | 18 | R57877346 | FEDERAL EMPLOY | FEP00 |
| WILLIAMS III ,DEODIS | 18 | 16318-999 | MVA | D/A 6/17/07 |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| 07172-AAZX | F | UNITED STATES POSTAL S |
| | F | US POSTAL SERVICE |

| 66 DX | 72633 | Y | 88121 | Y | 04185 | Y | 49390 | Y | 78901 | Y | 78902 | Y | 72885 | Y | 56400 | Y | 78702 | N | 68 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 78659 | N | | | | | | | | | | | | | | | | | |

| 69 ADMIT DX | 71100 | 70 PATIENT REASON DX | | | | 71 PPS CODE | 72 ECI 0227 | E9352 | N | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 PRINCIPAL PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | | | | 75 | 76 ATTENDING NPI | | QUAL 1GG81617 | | | |
| 835 | 062107 | 8339 | 062107 | | | | LAST RAHIM | FIRST AMINA | | | | |
| | OTHER PROCEDURE CODE DATE | | | | | 77 OPERATING NPI | | QUAL H65037 | | | | |
| | | | | | | LAST PATARI | FIRST SANJAY | | | | | |
| 80 REMARKS | | 81CC a | | 78 OTHER NPI | | QUAL | | | | | | |
| | | b | | LAST | FIRST | | | | | | | |
| | | c | | 79 OTHER NPI | | QUAL | | | | | | |
| | | d | | LAST | FIRST | | | | | | | |

ST. ALEXIUS MEDICAL CENTER
1555 BARRINGTON ROAD
HOFFMAN ESTATES, IL 60194
847-843-4040

| AMOUNT ENCLOSED | TYPE |
|---|---|
| $ | FINAL |
| | 1 |

| PATIENT NAME | PATIENT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
|---|---|---|---|---|
| WILLIAMS,SHIRELLE | F00022209589 | 06/20/07 | 06/25/07 | 06/29/0 |

GUARANTOR
WILLIAMS,DEODIS
1305 YORK DR
CARPENTERSVILLE  IL
60110-3124

INSURANCE COVERAGE
BLUE CROSS PPO          R57877346
FRIEDMAN & SOLMOR, LT 16318-999

| SERVICE DATE | | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 06/20/07 | 610030100 | R&B MED/SURG SEMI PVT | 1 | 975.00 |
| 06/20/07 | 723500083 | CT PELVIS WITH   CONTRAST | 1 | 2592.00 |
| 06/20/07 | 723500100 | CT ABDOMEN W CONTRAST | 1 | 2539.00 |
| 06/20/07 | 723500129 | CT 150ML NONIONIC 300 CONTRAST | 1 | 920.00 |
| 06/20/07 | 723500153 | GASTROVIEW 15ML | 3 | 42.00 |
| 06/20/07 | 706500070 | GRAM STAIN | 1 | 104.00 |
| 06/20/07 | 706500012 | CULTURE WOUND | 1 | 203.00 |
| 06/20/07 | 730000008 | 0.9% NACL 250ML | 1 | 66.00 |
| 06/20/07 | 730000010 | 0.9% NACL 50ML | 1 | 37.00 |
| 06/20/07 | 730001715 | HYDROMORPH 1 MG/ML 1ML SYG | 3 | 57.00 |
| 06/20/07 | 730002650 | ONDANSETRON VL 2/ML 2ML | 1 | 132.00 |
| 06/20/07 | 730002729 | PANTOPRAZOLE 40MG TAB | 1 | 14.00 |
| 06/20/07 | 730002908 | PIPERACILLIN/TAZOBACTAM 3.375G | 1 | 113.00 |
| 06/20/07 | 730003702 | VANCOMYCIN VL 1G | 1 | 160.00 |
| 06/20/07 | 706500067 | SENSITIVITY MIC | 1 | 143.00 |
| 06/20/07 | 706500032 | CULTURE ID BACTERIA AEROBE | 1 | 74.0 |
| 06/21/07 | 721500061 | CHEST 1 VIEW | 1 | 309.0 |
| 06/21/07 | 731000001 | PLACE CV CATH OVER AGE 5 | 1 | 1528.0 |
| 06/21/07 | 722500052 | MRI UP EXT   WO/W CONTRAST RT | 1 | 4508.0 |
| 06/21/07 | 722500058 | MRI ANY UPPER EXT JT W/WO    RT | 1 | 4508.0 |
| 06/21/07 | 701500003 | PACU LEVEL II 1ST 30 MIN | 1 | 499.0 |
| 06/21/07 | 701500004 | PACU LEVEL II EA ADDL 15 MIN | 4 | 1000.0 |
| 06/21/07 | 700000414 | SOL IV 0.9 % NACL 1000CC | 1 | 124.0 |
| 06/21/07 | 700008145 | SLEEVE SCD LARGE | 1 | 78.0 |
| 06/21/07 | 722500106 | GADOLINIUM 15ML | 1 | 590.0 |
| 06/21/07 | 732500046 | IBE PER TREATMENT | 1 | 147.0 |
| 06/21/07 | 730000008 | 0.9% NACL 250ML | 1 | 66.0 |
| 06/21/07 | 730000010 | 0.9% NACL 50ML | 2 | 74.0 |
| 06/21/07 | 730000014 | 0.9% NACL IRRIG 3000ML | 1 | 176.0 |
| 06/21/07 | 730000315 | BACITRACIN VL 50,000U | 3 | 201.0 |
| 06/21/07 | 730001059 | DIPHENHYD CAP 25MG | 2 | 4.0 |
| 06/21/07 | 730001715 | HYDROMORPH 1 MG/ML 1ML SYG | 8 | 152.0 |
| 06/21/07 | 730002235 | METHOCARB TAB 500MG | 6 | 24.0 |
| 06/21/07 | 730002650 | ONDANSETRON VL 2/ML 2ML | 1 | 132.0 |
| 06/21/07 | 730002729 | PANTOPRAZOLE 40MG TAB | 1 | 14. |
| 06/21/07 | 730002908 | PIPERACILLIN/TAZOBACTAM 3.375G | 2 | 226. |
| 06/21/07 | 730002933 | POLYMYXIN B VL 500,000U | 3 | 195. |
| 06/21/07 | 730003702 | VANCOMYCIN VL 1G | 1 | 160. |
| 06/21/07 | 610030100 | R&B MED/SURG SEMI PVT | 1 | 975. |

F00022209589

Remit Payment to above address.        ACCOUNT NUMBER

TOTAL
TOTAL CREDITS
TOTAL DUE
ESTIMATED INSURANCE COVERAGE
ESTIMATED PATIENT DUE

ST. ALEXIUS MEDICAL CENTER                                    2
1555 BARRINGTON ROAD
HOFFMAN ESTATES, IL 60194          AMOUNT ENCLOSED        TYPE
847-843-4040                      $                       FINAL

| PATIENT NAME | PATIENT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
|---|---|---|---|---|
| WILLIAMS, SHIRELLE | F00022209589 | 06/20/07 | 06/25/07 | 06/29/07 |

GUARANTOR
        WILLIAMS, DEODIS              INSURANCE COVERAGE
        1305 YORK DR                  BLUE CROSS PPO        R57877346
        CARPENTERSVILLE  IL           FRIEDMAN & SOLMOR, LT 16318-999
                 60110-3124

| SERVICE DATE | | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 06/21/07 | 708000020 | CBC NO DIFF | 1 | 109.00 |
| 06/21/07 | 705500004 | COMPREHENSIVE METABOLIC PANEL | 1 | 220.00 |
| 06/21/07 | 705500126 | AMYLASE | 1 | 199.00 |
| 06/21/07 | 705500330 | LIPASE | 1 | 180.00 |
| 06/21/07 | 705000001 | ROUTINE VENIPUNCTURE | 1 | 21.00 |
| 06/21/07 | 708000013 | HCG QUAL URINE | 1 | 157.00 |
| 06/21/07 | 706500029 | CULTURE ANAEROBIC | 1 | 254.00 |
| 06/21/07 | 706500070 | GRAM STAIN | 1 | 104.00 |
| 06/21/07 | 706500012 | CULTURE WOUND | 1 | 203.00 |
| 06/21/07 | 701000003 | OR MAJOR 1ST 30 MIN | 1 | 2940.00 |
| 06/21/07 | 701000004 | OR MAJOR EA ADDL MIN | 63 | 3969.00 |
| 06/21/07 | 702500003 | ANES GENERAL 1ST 30 MIN | 1 | 849.00 |
| 06/21/07 | 702500004 | ANES GENERAL EA ADDL MIN | 63 | 1008.00 |
| 06/21/07 | 700000086 | CIRCUIT BRTHNG ADLT L40IN ANES | 1 | 34.00 |
| 06/21/07 | 700000710 | SOL IV LR 1000CC | 1 | 151.00 |
| 06/21/07 | 700005093 | AIRWAY LMA DISP UNIQUE SZ #25 | 1 | 116.00 |
| 06/21/07 | 700003972 | HANDPIECE IRR INTERPULSE W/BNE | 1 | 93.00 |
| 06/21/07 | 700004280 | SUT ETH NYL 2-0 PS-2 L18IN MON | 1 | 13.00 |
| 06/21/07 | 700000824 | KIT SURG PREP | 1 | 13.00 |
| 06/21/07 | 730000440 | BUPIV VL 0.5% 30ML | 1 | 55.00 |
| 06/21/07 | 730001350 | FENTANY AMP 0.05/ML 2ML | 1 | 24.00 |
| 06/21/07 | 730002024 | LIDOCAINE AMP 1% 5ML | -1 | -17.00 |
| 06/21/07 | 730002024 | LIDOCAINE AMP 1% 5ML | 1 | 17.00 |
| 06/21/07 | 730002176 | MEPERIDINE INJ 25MG 1ML | 1 | 40.00 |
| 06/21/07 | 730002333 | MIDAZOLAM VL 1MG/ML 2ML | 1 | 61.00 |
| 06/21/07 | 730002404 | MORPHINE INJ 2MG 1ML | 1 | 36.00 |
| 06/21/07 | 730003084 | PROPOFOL AMP 10/ML 20ML | 1 | 100.00 |
| 06/22/07 | 610030100 | R&B MED/SURG SEMI PVT | 1 | 975.00 |
| 06/22/07 | 700000710 | SOL IV LR 1000CC | 1 | 151.00 |
| 06/22/07 | 700004815 | CENTRAL LINE DRESSING CHANGE T | 1 | 49.00 |
| 06/22/07 | 710500005 | EKG | 1 | 263.00 |
| 06/22/07 | 708000020 | CBC NO DIFF | 1 | 109.00 |
| 06/22/07 | 705500004 | COMPREHENSIVE METABOLIC PANEL | 1 | 220.00 |
| 06/22/07 | 705500335 | MAGNESIUM | 1 | 152.00 |
| 06/22/07 | 705000001 | ROUTINE VENIPUNCTURE | 1 | 21.00 |
| 06/22/07 | 705500469 | TROPONIN I | 1 | 174.00 |
| 06/22/07 | 705000001 | ROUTINE VENIPUNCTURE | 1 | 21.00 |
| 06/22/07 | 706500089 | CLOSTRIDUM DIFF TOXIN EIA | 1 | 206.00 |
| 06/22/07 | 740000130 | PT EX THERAPY - 15 MIN | 1 | 97.00 |

                                        F00022209589

Remit Payment to above address.    ACCOUNT NUMBER          TOTAL
                                                           TOTAL CREDITS
                                                           TOTAL DUE
                                        ESTIMATED INSURANCE COVERAGE
                                        ESTIMATED PATIENT DUE

ST. ALEXIUS MEDICAL CENTER
1555 BARRINGTON ROAD
HOFFMAN ESTATES, IL 60194
847-843-4040

3

| AMOUNT ENCLOSED | TYPE |
|---|---|
| $ | FINAL |

PATIENT NAME
WILLIAMS, SHIRELLE

GUARANTOR
WILLIAMS, DEODIS
1305 YORK DR
CARPENTERSVILLE IL
60110-3124

| PATIENT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
|---|---|---|---|
| F00022209589 | 06/20/07 | 06/25/07 | 06/29/07 |

INSURANCE COVERAGE
BLUE CROSS PPO          R57877346
FRIEDMAN & SOLMOR, LT 16318-999

| SERVICE DATE | | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 06/22/07 | 740000095 | PT EVALUATION | 1 | 215.00 |
| 06/22/07 | 730000008 | 0.9% NACL 250ML | 1 | 66.00 |
| 06/22/07 | 730000010 | 0.9% NACL 50ML | 2 | 74.00 |
| 06/22/07 | 730000037 | ACETAMIN TAB 325MG EA | 2 | 2.00 |
| 06/22/07 | 730001059 | DIPHENHYD CAP 25MG | 2 | 4.00 |
| 06/22/07 | 730001102 | DOCUSATE NA CAP 100MG | 1 | 2.00 |
| 06/22/07 | 730001675 | HYDROCOD/ACE TAB 7.5/500 | 2 | 26.00 |
| 06/22/07 | 730001715 | HYDROMORPH 1 MG/ML 1ML SYG | 10 | 190.00 |
| 06/22/07 | 730002235 | METHOCARB TAB 500MG | 6 | 24.00 |
| 06/22/07 | 730002325 | MICONAZO V SUPP 200MG 3 | 1 | 145.00 |
| 06/22/07 | 730002729 | PANTOPRAZOLE 40MG TAB | 1 | 14.00 |
| 06/22/07 | 730002908 | PIPERACILLIN/TAZOBACTAM 3.375G | 2 | 226.00 |
| 06/22/07 | 730003702 | VANCOMYCIN VL 1G | 1 | 160.00 |
| 06/22/07 | 730003801 | ZOLPIDEM TART TAB 5MG | 2 | 20.00 |
| 06/23/07 | 721500061 | CHEST 1 VIEW | 1 | 309.00 |
| 06/23/07 | 700000710 | SOL IV LR 1000CC | 2 | 302.00 |
| 06/23/07 | 740000134 | PT GAIT TRAINING - 15 MIN | 1 | 118.00 |
| 06/23/07 | 740000155 | PT THERAPEUTIC ACTIVITY 15 MIN | 1 | 131.00 |
| 06/23/07 | 740000130 | PT EX THERAPY - 15 MIN | 1 | 97.00 |
| 06/23/07 | 732500046 | IBE PER TREATMENT | 1 | 147.00 |
| 06/23/07 | 732500065 | OXYGEN PER DAY | 1 | 412.00 |
| 06/23/07 | 732500039 | METER DOSE INHALER DEMO/EVAL | 1 | 138.00 |
| 06/23/07 | 610030100 | R&B MED/SURG SEMI PVT | 1 | 975.00 |
| 06/23/07 | 708000020 | CBC NO DIFF | 1 | 109.00 |
| 06/23/07 | 705000001 | ROUTINE VENIPUNCTURE | 1 | 21.00 |
| 06/23/07 | 705500335 | MAGNESIUM | 1 | 152.00 |
| 06/23/07 | 705500004 | COMPREHENSIVE METABOLIC PANEL | 1 | 220.00 |
| 06/23/07 | 705000001 | ROUTINE VENIPUNCTURE | 1 | 21.00 |
| 06/23/07 | 730000008 | 0.9% NACL 250ML | -1 | -66.00 |
| 06/23/07 | 730000010 | 0.9% NACL 50ML | 2 | 74.00 |
| 06/23/07 | 730000093 | ALBUTEROL INH 17GM | 1 | 106.00 |
| 06/23/07 | 730001454 | FLUTICASON-SLMETEROL 100/50MCG | 1 | 433.00 |
| 06/23/07 | 730001675 | HYDROCOD/ACE TAB 7.5/500 | 4 | 52.00 |
| 06/23/07 | 730001715 | HYDROMORPH 1 MG/ML 1ML SYG | 2 | 38.00 |
| 06/23/07 | 730002235 | METHOCARB TAB 500MG | 6 | 24.00 |
| 06/23/07 | 730002506 | NAPROXEN TAB 500MG | 2 | 16.00 |
| 06/23/07 | 730002650 | ONDANSETRON VL 2/ML 2ML | 2 | 264.00 |
| 06/23/07 | 730002729 | PANTOPRAZOLE 40MG TAB | 1 | 14.00 |
| 06/23/07 | 730002908 | PIPERACILLIN/TAZOBACTAM 3.375G | 2 | 226.00 |

F00022209589

Remit Payment to above address.          ACCOUNT NUMBER

| | |
|---|---|
| TOTAL | |
| TOTAL CREDITS | |
| TOTAL DUE | |
| ESTIMATED INSURANCE COVERAGE | |
| ESTIMATED PATIENT DUE | |

ST. ALEXIUS MEDICAL CENTER
1555 BARRINGTON ROAD
HOFFMAN ESTATES, IL 60194
847-843-4040

**4**

| | TYPE |
|---|---|
| AMOUNT ENCLOSED | |
| $ | FINAL |

| PATIENT NAME | PATIENT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
|---|---|---|---|---|
| WILLIAMS, SHIRELLE | F00022209589 | 06/20/07 | 06/25/07 | 06/29/07 |

GUARANTOR

WILLIAMS, DEODIS
1305 YORK DR
CARPENTERSVILLE   IL
60110-3124

INSURANCE COVERAGE

BLUE CROSS PPO           R57877346
FRIEDMAN & SOLMOR, LT 16318-999

| SERVICE DATE | | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| | | PROPOXYPHENE/APAP 65/650 TAB | 1 | 7.00 |
| 06/23/07 | 730003088 | VANCOMYCIN VL 1G | -1 | -160.00 |
| 06/23/07 | 730003702 | ZOLPIDEM TART TAB 5MG | 2 | 20.00 |
| 06/23/07 | 730003801 | NAPROXEN TAB 500MG | 2 | 16.00 |
| 06/24/07 | 730002506 | VF VENOUS DUPLEX BIL LOWER EXT | 1 | 1298.00 |
| 06/24/07 | 724000127 | SOL IV LR 1000CC | 2 | 302.00 |
| 06/24/07 | 700000710 | PT GAIT TRAINING - 15 MIN | 1 | 118.00 |
| 06/24/07 | 740000134 | PT EX THERAPY - 15 MIN | 1 | 97.00 |
| 06/24/07 | 740000130 | IBE PER TREATMENT | 1 | 147.00 |
| 06/24/07 | 732500046 | OXYGEN PER DAY | 1 | 412.00 |
| 06/24/07 | 732500065 | METER DOSE INHALER PER TREATMT | 1 | 138.00 |
| 06/24/07 | 732500030 | METER DOSE INHALER PER TREATMT | 1 | 138.00 |
| 06/24/07 | 732500030 | R&B MED/SURG SEMI PVT | 1 | 975.00 |
| 06/24/07 | 610030100 | CBC NO DIFF | 1 | 109.00 |
| 06/24/07 | 708000020 | D-DIMER QUANT | 1 | 108.00 |
| 06/24/07 | 708000036 | COMPREHENSIVE METABOLIC PANEL | 1 | 220.00 |
| 06/24/07 | 705500004 | PHOSPHORUS | 1 | 131.00 |
| 06/24/07 | 705500390 | MAGNESIUM | 1 | 152.00 |
| 06/24/07 | 705500335 | ROUTINE VENIPUNCTURE | 1 | 21.00 |
| 06/24/07 | 705000001 | ENOXAPAR INJ 30MG 0.3ML | 1 | 76.00 |
| 06/24/07 | 730001199 | HYDROMORPH 1 MG/ML 1ML SYG | -1 | -19.00 |
| 06/24/07 | 730001715 | HYDROMORPH 1 MG/ML 1ML SYG | 1 | 19.00 |
| 06/24/07 | 730001715 | LEVOFLOXACIN IVPB 500MG | 1 | 182.00 |
| 06/24/07 | 730001986 | METHOCARB TAB 500MG | 6 | 24.00 |
| 06/24/07 | 730002235 | NAPROXEN TAB 500MG | -1 | -8.00 |
| 06/24/07 | 730002506 | NAPROXEN TAB 500MG | 1 | 8.00 |
| 06/24/07 | 730002506 | PANTOPRAZOLE 40MG TAB | 1 | 14.00 |
| 06/24/07 | 730002729 | PIPERACILLIN/TAZOBACTAM 3.375G | 1 | 113.00 |
| 06/24/07 | 730002908 | PROPOXYPHENE/APAP 65/650 TAB | 3 | 21.00 |
| 06/24/07 | 730003088 | ZOLPIDEM TART TAB 5MG | 2 | 20.00 |
| 06/24/07 | 730003801 | NAPROXEN TAB 500MG | 2 | 16.00 |
| 06/25/07 | 730002506 | PT EX THERAPY - 15 MIN | 1 | 97. |
| 06/25/07 | 740000130 | PT GAIT TRAINING - 15 MIN | 1 | 118. |
| 06/25/07 | 740000134 | METER DOSE INHALER PER TREATMT | 1 | 138. |
| 06/25/07 | 732500030 | ENOXAPAR INJ 30MG 0.3ML | 1 | 76. |
| 06/25/07 | 730001199 | LEVOFLOXACIN IVPB 500MG | 1 | 182. |
| 06/25/07 | 730001986 | METHOCARB TAB 500MG | 4 | 16. |
| 06/25/07 | 730002235 | NAPROXEN TAB 500MG | -1 | -8. |
| 06/25/07 | 730002506 | NAPROXEN TAB 500MG | 6 | 48. |
| 06/25/07 | 730002506 | | | |

F00022209589

| | |
|---|---|
| TOTAL | |
| TOTAL CREDITS | |
| TOTAL DUE | |
| ESTIMATED INSURANCE COVERAGE | |
| ESTIMATED PATIENT DUE | |

Remit Payment to above address.        ACCOUNT NUMBER

ST. ALEXIUS MEDICAL CENTER
1555 BARRINGTON ROAD
HOFFMAN ESTATES, IL 60194
847-843-4040

5

| AMOUNT ENCLOSED | TYPE |
|---|---|
| $ | FINAL |

PATIENT NAME
WILLIAMS, SHIRELLE

GUARANTOR
WILLIAMS, DEODIS
1305 YORK DR
CARPENTERSVILLE IL
60110-3124

| ATIENT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
|---|---|---|---|
| F00022209589 | 06/20/07 | 06/25/07 | 06/29/07 |

INSURANCE COVERAGE
BLUE CROSS PPO            R57877346
FRIEDMAN & SOLMOR, LT 16318-999

| SERVICE DATE | | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 06/25/07 | 730002729 | PANTOPRAZOLE 40MG TAB | 1 | 14.00 |
| 06/25/07 | 730003088 | PROPOXYPHENE/APAP 65/650 TAB | 2 | 14.00 |
| 06/25/07 | 708000019 | CBC W/AUTO DIFF | 1 | 130.00 |
| 06/25/07 | 705000001 | ROUTINE VENIPUNCTURE | 1 | 21.00 |
| 06/25/07 | 730002506 | NAPROXEN TAB 500MG | -2 | -16.00 |
| 06/25/07 | 730002506 | NAPROXEN TAB 500MG | -4 | -32.00 |

```
            *** SUMMARY BY SERVICE ***

            120 SEMI-PRIVATE ROOM & BOARD           5    4875.00
            250 PHARMACY GENERAL                   89    2955.00
            258 PHARMACY IV SOLUTIONS              10     515.00
            259 PHARMACY OTHER                      1     433.00
            270 M/S SUPPLY GENERAL                  7    1254.00
            272 M/S SUPPLY STERILE SUPPLY           9    1048.00
            300 LABORATORY GENERAL                  7     147.00
            301 LABORATORY CHEMISTRY               11    2020.00
            305 LAB HEMATOLOGY                      7     831.00
            306 LAB BACTERIOLOGY/MICROBIO           8    1291.00
            324 RADIOLOGY DIAG CHEST XRAY           2     618.00
            352 CAT SCAN BODY                       2    5131.00
            360 OR SVCS GENERAL                    64    6909.00
            370 ANESTHESIA GENERAL                 64    1857.00
            410 RESPIRATORY SVC GENERAL             4     579.00
            420 PHYSICAL THERAPY GENERAL            9    1088.00
            460 PULMONARY FUNCTION GENERAL          3     414.00
            610 MRI GENERAL                         2    9016.00
            636 DRUG SPEC ID DETAIL CODING         35    2693.00
            710 RECOVERY ROOM GENERAL               5    1499.00
            730 EKG/ECG GENERAL                     1     263.00
            761 TREAT/OBS RM TREATMENT RM           1    1528.00
            921 OTHER DIAG PERIPHERAL LAB           1    1298.00

            ESTIMATED INSURANCE DUE                      48262.00
            BLUE CROSS PPO
```

F00022209589

Remit Payment to above address.        ACCOUNT NUMBER

| | |
|---|---|
| TOTAL | 48262. |
| TOTAL CREDITS | 0. |
| TOTAL DUE | 48262. |
| ESTIMATED INSURANCE COVERAGE | 48262. |
| ESTIMATED PATIENT DUE | |

LAW OFFICES OF

# FRIEDMAN AND SOLMOR, LTD.

GARY B. FRIEDMAN
MARK T. SOLMOR
—————
TERRI L. MACKEY
JEFFREY D. SKLY
JASON R. PEARLMAN

200 NORTH LA SALLE STREET
SUITE 2750
CHICAGO, ILLINOIS 60601

TELEPHONE
(312) 236-4590
FACSIMILE
(312) 236-4818

November 13, 2007

ERO 25

105

Mr. Jeffrey Moore
Great West Casualty Company
P.O. Box 4555
Bloomington, IN 47404

Re:   Shirelle Williams vs. Michael Showers and American Logistics
      Your Claim No.: C06632-D478
      Date of Injury: 6/17/07
      Our File Number: 16318-999

Dear Mr. Moore:

In response to your letter dated October 29, 2007, I provide you with medical records currently in my possession pertaining to the injuries sustained by Shirelle Williams as a result of this occurrence:

1.  St. Alexius Hospital (ER 6/17/07)                    $  4,710.00
2.  St. Alexius Hospital (Inpatient 6/20 to 6/25/07)     $ 48,262.00

As I think you are aware, it is my possession that your insured driver was responsible for the injuries sustained by Shirelle Williams. While Deodis Williams did what he could to avoid motor vehicles in front of him that were involved in a prior accident, this occurrence happened in broad daylight and your insured driver should have been able to see what was ahead of him and not collide with the Williams' vehicle resulting in the injuries sustained by Shirelle Williams as verified by the enclosed medical records.

I know you have a different opinion with reference to the liability aspect of the case. If you would like to try and work this out, please let me know. Otherwise, it is my intention to initiate litigation against your insured driver and trucking company before the end of the year.

Very truly yours,

GARY B. FRIEDMAN

GBF/nrc
Enclosure