FILED
JANUARY 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-00531    Document 2    Filed 01/24/2008    Page 1 of 1

JUDGE ZAGEL
MAGISTRATE JUDGE MASON

08 C 531

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** SHIRELLE M. WILLIAMS

County of Residence: **Kane**

Plaintiff's Atty:
Mark T. Solmor
Friedman and Solmor, Ltd.
200 N. La Salle St., Ste. 2750
Chicago, Illinois 60601
312-236-4590

**Defendant(s):** CORRY MICHAEL SHOWERS and AMERICAN LOGISTICS SERVICES, LLC

County of Residence: **Washington**

Defendant's Atty:
Shimon B. Kahan
Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
312-332-6644

**II. Basis of Jurisdiction:** 4. Diversity (complete item III)

**III. Citizenship of Principal Parties** (Diversity Cases Only)
Plaintiff: -1 Citizen of This State
Defendant: -4 MN corp or Principal place of Bus. in MN

**IV. Origin:** 2. Removed From State Court

**V. Nature of Suit:** 360 Other Personal Injury

**VI. Cause of Action:** Removed to this Court pursuant to 28 USC Section 1441 with diversity jurisdiction under 28 USC Section 1332

**VII. Requested in Complaint**
Class Action:
Dollar Demand: Greater than $75,000
Jury Demand: Yes

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: /s/ Shimon B. Kahan

Date: January 24, 2008

Revised: 06/28/00