**FILED**
**JANUARY 24, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 531**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case Number: **JUDGE ZAGEL**
**MAGISTRATE JUDGE MASON**

**SHIRELLE M. WILLIAMS v. CORRY MICHAEL SHOWERS and AMERICAN LOGISTICS SERVICES, LLC**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CORRY MICHAEL SHOWERS and AMERICAN LOGISTICS SERVICES, LLC**

| | |
|---|---|
| NAME (Type or print) Allison V. Smith | |
| SIGNATURE (Use electronic signature if the appearance is filed electronically) /s/ Allison V. Smith | |
| FIRM HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC | |
| STREET ADDRESS 200 W. Adams St., Ste. 500 | |
| CITY/STATE/ZIP Chicago, IL 60606-5215 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6284013 | TELEPHONE NUMBER 312/332-6644 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |